**STATE of Missouri, Respondent,**

v.

**Matthew SIMPSON, Appellant.**

**No. WD 36539.**

Missouri Court of Appeals,
Western District.

Nov. 5, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 24, 1985.

Application to Transfer Denied Feb. 18, 1986.

**14** 

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and DIXON and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from a final order denying defendant's petition for a writ of error *coram nobis*.

Judgment affirmed. Rule 30.25(b).